UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

REBEKKA ANNE BEHR,

    Plaintiff,

v.

JAMES CAMPBELL, PH.D.,
RIGHTS INDIVIDUALLY AND AS PRINCIPAL,
SEMINOLE RIDGE COMMUNITY
HIGH SCHOOL AND PALM BEACH
COUNTY SCHOOL DISTRICT C/O
DR. AV6OSSO, SUPERINTENDENT,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

    Defendants, JAMES CAMPBELL and THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA (erroneously named as "PALM BEACH COUNTY SCHOOL DISTRICT," and hereinafter, the "Defendants"), by and through their undersigned counsel, hereby provide notice of removal of the above captioned case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §1441(a) and (c), and §1446. Removal is proper for the following reasons:

    1.    This action was commenced by Rebekka Anne Behr (hereinafter, the "Plaintiff") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on or about January 5, 2018. The case was docketed as Civil Action No. 50-2017CA0014188XXXXMB/AD.

1

2.     This Notice of Removal is timely, as it is filed within thirty (30) days of the date of service of the Complaint on the Defendants. Defendant James Campbell was served on February 15, 2018; Defendant School Board was served on February 20, 2018. Both Defendants join in and consent to the removal.

3.     Promptly after filing this Notice of Removal, the Defendant shall give written notice of the removal to Plaintiff, by and through his designated counsel, and to the Clerk of the Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida as provided in 28 U.S.C. §1446(d).

4.     Pursuant to 28 U.S.C. § 1446(a), a copy of each documents served upon the Defendants in the underlying action is attached, including the Plaintiff's Complaint (Exhibit "A"), Summons to Defendant James Campbell (Exhibit "B"), Summons to Defendant School Board (Exhibit "C"), Notice of Production from Nonparty, Kathy Hudson (Exhibit "D"), and Notice of Production from Nonparty, Joshua Smith, Esq. (Exhibit "E").

## FEDERAL QUESTION JURISDICTION

4.     This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331. The Plaintiff has alleged a number of claims arising under the Constitution and laws of the United States.

5.     This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441(a) and (c).

6.     The Complaint, on its face, presents federal questions. Specifically, the Plaintiff alleges violations of:

- Section 504 of the 1973 Rehabilitation Act ("Section 504"), 29 U.S.C. § 701, et seq.;

- The Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq.;

- The Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. 1400, et seq.;

- The Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; and

- Her rights under the First, Fourth, Fifth, Sixth, Eight, Ninth and Fourteenth Amendments to the United States Constitution.

*See* Complaint, attached hereto as Exhibit "A," at p. 2 ("LEGAL COURSE OF ACTION"); ¶ 15 (alleging violations of Section 504 and the ADA); ¶ 16 (alleging violation of FERPA); ¶ 17-1 (same); ¶ 18 (alleging violations of FERPA and of Plaintiff's rights under the United States Constitution); ¶ 31 (same); ¶s 48-56 (alleging as a cause of action, violation of FERPA and "FPCO Act"); and ¶s 62-72 (alleging as a cause of action, violations of Plaintiff's rights under the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Fourteenth Amendments to the United States Constitution).

## **VENUE**

7.      Removal to the United States District Court for the Southern District of Florida is proper because the Complaint was filed in Palm Beach County, Florida. See 28 U.S.C. §1441(a).

WHEREFORE, Defendants, James Campbell and the School Board of Palm Beach County, Florida, gives notice that the above-described action pending against it in the

Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed to the United States District Court for the Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the Plaintiff, Rebekka Anne Behr, by U.S. Mail, 16822 94th St. N., Loxahatchee, FL 33470, by e-mail at Rab16c@my.fsu.edu, and by transmission of Notices of Electronic Filing generated by CM/ECF.

        THE SCHOOL BOARD OF PALM
        BEACH COUNTY, FLORIDA
        JulieAnn Rico, Esq.
        General Counsel
        P.O. Box 19239
        West Palm Beach, FL  33416-9239
        Telephone:  561-434-8562
        Facsimile:  561-434-8105

By: _____/s/__J. Erik Bell_____
    J. ERIK BELL, ESQ.
    Florida Bar No. 328900
    jon.bell@palmbeachschools.org
    joanne.laudicina@palmbeachschools.org
    tish.pickens@palmbeachschools.org

    SHAWNTOYIA BERNARD, ESQ.
    Florida Bar No. 651664
    shawntoyia.bernard@palmbeachschools.org
    ana.jordan@palmbeachschools.org