Filing # 67814613 E-Filed 02/12/2018 11:11:37 AM



IN THE CIRCUIT COURT OF THE 15th JUDICAL CIRCUIT,
IN AND FOR THE PALM BEACH COUNTY, FLORIDA

REBEKKA ANNE BEHR,
Plaintiff,

Case No.: 50-2017-CA- 014188-XXXX-MB

v.

CIVIL ACTION SUMMONS

JAMES CAMPBELL, PH.D.,
RIGHTS INDIVIDUALLY AND AS PRINCIPAL,
SEMINOLE RIDGE COMMUNITY
HIGH SCHOOL AND PALM BEACH
COUNTY SCHOOL DISTRICT C/O
DR. AV6OSSO, SUPERINTENDENT

CIVIL RIGHTS, CHILD
VIOLATION, AND FOR
DISCRIMINATION
AGAINST CHILD
DISABILITIES,
PROFESSIONAL
MALPRACTICE AND
OTHER CIVIL

_____/

THE STATE OF FLORIDA

To Each Sheriff of the State

**YOU ARE COMMANDED** to serve this summons and a copy of this Complaint

**James Campbell, Ph.D. individually and as Palm Beach County School
District Principal of Seminole Ridge Community High School**
4601 Seminole Pratt Whitney Rd.
Loxahatchee, FL 33470
Phone (561) 422-2600x42600.

Each Defendant is required to serve written defenses or Petition on Plaintiff, whose name and address is as follows: **Rebekka A. Behr, Pro Se, 16822 94th St. N. Loxahatchee, FL 33470** within 20 days after serve of this Summons on the Defendant(s), exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either by service on the Plaintiff's attorney or immediately thereafter. If a defendant fails to do so a default will be entered against that Defendant(s) for the relief demanded in the complaint or petition.

1

Feb 13 2018
DATED February 13, 2018



Sharon R. Bock
As the Clerk of Court

By: *Shannon Fatu*

As Deputy Clerk
SHANNON FATU

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of the Court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Circuit Court, 15th Judicial Circuit
Palm Beach County Courthouse
205 North Dixie Highway
West Palm Beach, FL 33401

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiffs Attorney".

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de 5u re5puesta. a la persona denominada abajo como "Plaintiff/Plaintill's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursu ites j udiciares ont ete entreprises cont re vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent elre saisis par la suite, sans aucun preavis ulterieur du tribunal. II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocal, vous pourriez telephone a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a rannuaire de telephones).