\*\*\*\* CASE NUMBER: 50-2017-CA-014188-XXXX-MB Division: AD \*\*\*\*
Filing # 65490294 E-Filed 01/05/2018 12:03:38 PM

**EXHIBIT C**

| | |
|---|---|
| THE 15th JUDICAL CIRCUIT, IN AND FOR THE PALM BEACH COUNTY, FLORIDA | GENERAL JURISDICTION DIVISION<br><br>DIVISION: _____ |
| REBEKKA ANNE BEHR<br>        Plaintiff,<br>v.<br>JAMES CAMPBELL, PH.D., INDIVIDUALLY AND AS PRINCIPAL, SEMINOLE RIDGE COMMUNITY HIGH SCHOOL AND PALM BEACH COUNTY SCHOOL DISTRICT C/O DR. AVOSSO, SUPERINTENDENT<br>        Defendants'. | CASE NO. 2017-CA-014188 XXXX-MB<br><br>CIVIL ACTION SUMMONS<br><br>**RECEIVED**<br>**FEB 20 2018**<br>**BY LEGAL SERVICES** |

THE STATE OF FLORIDA

To Each Sheriff of the State

        YOU ARE COMMANDED to serve this summons and a copy of this Complaint on:

Palm Beach County School District C/O Superintendent Dr. Avosso Fulton-Holland Educational Services Center 3300 Forest Hill Blvd. West Palm Beach, FL 33406 561.434.8000 boardoffice@palmbeachschools.org

        Each Defendant is required to serve written defenses or Petition on Plaintiff, whose name and address is as follows: **Rebekka A. Behr, Pro Se**, 16822 94th St. N. Loxahatchee, FL 33470 561.862.9467 within 20 days after serve of this Summons on the Defendant(s), exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either by service on the Plaintiff's attorney or immediately there after. If a defendant fails to do so a

SERVED 847 2·20 20 18
OFFICE OF THE SHERIFF, PALM BEACH COUNTY, FL
DEPUTY SHERIFF 4475 I.D. NO.

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 1/5/2018 12:03:38 PM

default will be entered against that Defendant(s) for the relief demanded in the complaint or petition.

DATED on ___January 5,___, 2018.     Sharon R. Bock
           Jan 05 2018

As the Clerk of Court

By: *Blake Smith*

As Deputy Clerk
Blake Smith

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of the Court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Circuit Court, 15th Judicial Circuit
Palm Beach County Courthouse
205 North Dixie Highway
West Palm Beach, FL 33401

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney".

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursu ites j udiciares ont ete entreprises cont re vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).