

IN THE CIRCUIT COURT OF THE 15th JUDICAL CIRCUIT,
IN AND FOR THE PALM BEACH COUNTY, FLORIDA

**REBEKKA ANNE BEHR,**
    Plaintiff,

                                                  Case No.: 50-2017-CA- 014188-XXXX-MB

v.                                                    CIVIL ACTION SUMMONS

**JAMES CAMPBELL, PH.D.,**               CIVIL RIGHTS, CHILD RIGHTS
**INDIVIDUALLY AND AS PRINCIPAL,**   VIOLATION, AND FOR
**SEMINOLE RIDGE COMMUNITY**         DISCRIMINATION
**HIGH SCHOOL AND PALM BEACH**      AGAINST CHILD COUNTY
**SCHOOL DISTRICT C/O**                  DISABILITIES, ROFESSIONAL
**DR. AVOSSO, SUPERINTENDENT**       MALPRACTICE AND
                                               OTHER CIVIL
_____/

**NOTICE OF PRODUCTION FROM NONPARTY NOTICE OF PRODUCTION FORM 1.921.**

To:  Joshua Smith, Esq.
      111 S. Sapodilla Avenue
      West Palm Beach, Florida 33401
      561-227-6748
      Joshua.smith@myflfamilies.com

YOU ARE NOTIFIED that after 10 days from the date of service of this notice, if service is by delivery, or 15 days from the date of service, if service is by mail, and if no objection is received from any party, the undersigned will issue or apply to the clerk of this court for issuance of the attached subpoena directed to Joshua Smith, Esq., who is not a party and whose address is 111 S. Sapodilla Avenue West Palm Beach Florida, to produce the items listed at the time and place specified in the subpoena.

DATED on February 19, 2018         By: Rebekka A. Behr, Pro Se, Pro Per
                                               16822 94th St. N
                                             Loxahatchee, FL 33470
                                             561.379.2111

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

## SUBPOENA DUCES TECUM THE STATE OF FLORIDA:

TO:   Joshua Smith, Esq.
111 S. Sapodilla Avenue
West Palm Beach, Florida  33401
561-227-6748
Joshua.smith@myflfamilies.com

**YOU ARE COMMANDED** to appear at Rebekka A. Behr, Pro Se, Pro 16822 94th St. N in Loxahatchee, FL 33470, on March 30, 2018 at 10:00 AM, and to have with you at that time and place the following: All your personal notes on Dependency Case Number 50-2014-DR-300328, all personal notes and legal documents involving all information from James Campbell, PhD. Individually and as Principal for Seminole Ridge Community High School, all personal and legal documents from all interview with Kathy Hudson, Special Child Protective Investigator from former Child Protective Services, Inc., All Court Order's and or Warrant's for allowing Kathy Hudson to remove Rebekka A. Behr from Seminole Ridge Community High School. These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to Rebekka A. Behr, Pro Se, Pro Per whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the Rebekka A. Behr, Pro Se, Pro Per whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN. If you fail to: (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the following Pro Se Litigant, Pro Per Litigant, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

DATED on _____    _____

                                                                                    Clerk of the Court By
                                                                                    As Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Fifteenth Circuit Court Barbara Dawicke 205 N. Old Dixie Hwy West Palm Beach, FL 33401 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.