# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___KP___ D.C.
Aug 1, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

David J. Smith
Clerk of Court

August 01, 2022

For rules and forms visit
www.ca11.uscourts.gov

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-11199-F
Case Style: Rebekka Behr, et al v. James Campbell, et al
District Court Docket No: 9:18-cv-80221-RLR

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11199-F
_____

REBEKKA ANNE BEHR,
LOUIS H. BEHR,
J.B.,
minor child, by and through Father, Louis H. Behr,

                         Plaintiffs - Appellants,

versus

DR. JAMES CAMPBELL,
individually and in his official position as principal for PBCSD,
PALM BEACH COUNTY SCHOOL DISTRICT,
c/o Dr. AV6OSSO, Superintendent,
MELISSA K. BROOKS,
individually and as natural birth mother,
PATRICIA L. FRANKLIN,
individually,
SANDRA SEDER,
individually and as lawyer, et al.,

                         Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Louis H. Behr, Rebekka Anne Behr and J.B. failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court within the time fixed by the rules.

Effective August 01, 2022.

                         DAVID J. SMITH
           Clerk of Court of the United States Court
             of Appeals for the Eleventh Circuit

                                  FOR THE COURT - BY DIRECTION